```
                                            FILED
                                        2007 AUG 17  AM 10:31
                                        CLERK US DISTRICT COURT
                                       SOUTHERN DISTRICT OF CALIFORNIA

                                       BY _____ DEPUTY
```

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIANE CROSS,<br><br>                            Plaintiff,<br>vs.<br><br>OSF INTERNATIONAL, INC. dba THE OLD SPAGHETTI FACTORY; et al.,<br><br>                           Defendant. | CASE NO. 06cv2684 JM(AJB)<br><br>ORDER GRANTING JOINT MOTION FOR DISMISSAL WITH PREJUDICE |

       The court hereby grants the parties' Joint Motion for Dismissal of the entire action with prejudice.

**IT IS SO ORDERED.**

DATED: ___8/16___, 2007

                                                   _____
                                                   JEFFREY T. MILLER
                                                   United States District Judge

cc:    All parties